UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEGGY L. DOORNBOS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:13-cv-595
Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED.**

Dated:  September 29, 2014

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge